UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 24-20434-CR-WILLIAMS/GOODMAN
CASE NO. _____

18 U.S.C. § 1031
18 U.S.C. § 2

FILED BY ____MP____ D.C.

Sep 26, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

vs.

**NABIL IBRAHIM ABU NAHLAH,**

   Defendant.
_____/

### INFORMATION

The United States Attorney charges that:

### General Allegations

At all times relevant to this Information:

1. The Department of Veterans Affairs ("VA") was an executive department of the United States government, as defined in Title 5, United States Code, Section 101.

2. Company 1 was a manufacturer of personal protective equipment ("PPE") including, among other things, nitrile gloves.

3. The Noble Attorney LLC ("Noble Attorney") was an entity located in Miami-Dade County that held itself out as a business consultancy firm.

4. Defendant **NABIL IBRAHIM ABU NAHLAH**, a resident of Miami-Dade County, Florida, was an attorney licensed to practice law in Florida, and the owner and operator of Noble Attorney.

## **Major Fraud Against the United States**
## **(18 U.S.C. § 1031)**

Beginning as early as in or around November of 2020, and continuing through at least in or around May of 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**NABIL IBRAHIM ABU NAHLAH,**

did knowingly execute and attempt to execute a scheme and artifice with the intent to defraud the United States, and with the intent to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, in a contract with the VA, the value of which was more than $1,000,000, in violation of Title 18, United States Code, Section 1031.

### **Purpose of the Scheme and Artifice**

5.  It was the purpose of the scheme and artifice for the defendant to unjustly enrich himself by, among other things: (1) falsely and fraudulently representing that Noble Attorney was an authorized distributor of various PPE manufacturers, including Company 1, in order to obtain valuable contracts with the VA for providing PPE during the COVID-19 pandemic; (2) supplying counterfeit or unapproved PPE to the VA in violation of the contract terms; (3) concealing the false pretenses, representations, and promises; and (4) using the proceeds for his own use and benefit and to further the scheme.

### **The Manner and Means of the Scheme and Artifice**

The manner and means by which the defendant sought to accomplish the purpose of the scheme and artifice included, among others, the following:

2

6. **NABIL IBRAHIM ABU NAHLAH**, through Noble Attorney, bid on requests from the VA for the purchase and delivery of PPE, including nitrile gloves. In those bids, **NAHLAH** falsely and fraudulently represented that Noble Attorney was an authorized distributor or reseller of certain PPE manufacturers—including Company 1—and that Noble Attorney had certain PPE in stock and available for immediate delivery.

7. In furtherance of the scheme, **NABIL IBRAHIM ABU NAHLAH** created a phony web domain that mimicked the legitimate web domain for Company 1.

8. Using the phony web domain, **NABIL IBRAHIM ABU NAHLAH** created a sham email address in the name of a fictitious employee of Company 1 and used the sham email to send a fake authorized distributor letter to the VA in order to trick the VA into believing that Noble Attorney was an authorized distributor of Company 1's PPE.

9. Based on **NABIL IBRAHIM ABU NAHLAH**'s false and fraudulent pretenses, representations, and promises, the VA awarded Noble Attorney valuable contacts to provide PPE to the VA, including a contract for the procurement of 25 million nitrile gloves manufactured by Company 1 in return for approximately $3.9 million.

10. Once he obtained the VA contracts, **NABIL IBRAHIM ABU NAHLAH** shipped non-conforming PPE to the VA—including counterfeit PPE—and demanded payment from the VA for PPE that did not meet the terms of the contract with the VA.

### Act in Execution of the Scheme and Artifice

On or about February 9, 2021, in furtherance of the above-described scheme and artifice, **NABIL IBRAHIM ABU NAHLAH** sent an email to the VA falsely and fraudulently representing that Noble Attorney was an authorized distributor or reseller of Company 1's

PPE and that Noble Attorney had 25 million of Company 1's nitrile gloves on hand, in-stock and available for immediate delivery.

In violation of Title 18, United States Code, Sections 1031 and 2.

_____ for:
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
JON M. JUENGER
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 24-20434-CR-WILLIAMS/GOODMAN

v.

NABIL IBRAHIM ABU NAHLAH,

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☒ Miami    ☐ Key West    ☐ FTP
☐ FTL      ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)            (Check only one)
   I   ☒ 0 to 5 days           ☐ Petty
   II  ☐ 6 to 10 days          ☐ Minor
   III ☐ 11 to 20 days         ☐ Misdemeanor
   IV  ☐ 21 to 60 days         ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____
Jon M. Juenger
Assistant United States Attorney
FL Bar No.    56108

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** NABIL IBRAHIM ABU NAHLAH

**Case No:** _____

Count #: 1

Major Fraud Against the United States

Title 18, United States Code, Section 1031
* **Max. Term of Imprisonment:** 10 years imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Three (3) Years
* **Max. Fine:** $1,000,000 or twice the gross gain or gross loss from the offense

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 24-20434-CR-WILLIAMS/GOODMAN

### BOND RECOMMENDATION

DEFENDANT: NABIL IBRAHIM ABU NAHLAH

$100,000 PSB with co-signer

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Jon Juenger

Last Known Address: _____

What Facility: _____

Agent(s): **SA Sean Duffy/SA Travis Hunter**
Department of Veterans Affairs